No. 24-1118
_____
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Chang Liu,
*Plaintiff-Appellee*

v.

Experian Information Solutions, Inc.,
*Defendant-Appellant*

_____
_____

On Appeal from the United States District
Court for the District of Massachusetts,
1:22-cv-10638 (Hon. Allison D. Burroughs)

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Chang Liu and Defendant Experian Information Solutions, Inc. that the above-captioned matter is voluntarily dismissed, with prejudice, pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs, attorneys' fees, and expenses.

| | |
|---|---|
| Dated: May 1, 2024 | Respectfully submitted, |

/s/ *Yitzchak Zelman*
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiffs*

/s/ *Jacob ("Yaakov") Roth*
Jacob ("Yaakov") M. Roth
Jones Day
51 Louisiana Ave. NW
Washington, DC
Tel: (202) 879-3939
Email: yroth@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Dated: May 1, 2024

*/s/ Jacob ("Yaakov") M. Roth*
Jacob ("Yaakov") M. Roth