# United States Court of Appeals
## For the First Circuit

---

No. 24-1118

CHANG LIU,

Plaintiff - Appellee,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant - Appellant,

EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, N.A.,

Defendants.

---

**JUDGMENT**

Entered: May 3, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Yitzchak Zelman
Danielle Andrews Long
Julianna M. Charpentier
Jacob Roth
Jenna LaPointe
Ryan Wesley McMullan
Alexis Zhang
Dean J. Wagner
Alexandria E. Cuff